1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WHITNEY POOLE, individually and on
behalf of all others similarly situated,

             Plaintiff,

     v.

BENJAMIN MOORE & CO., INC., a New
Jersey corporation,

             Defendant.

No. 3:18-cv-05168-RBL

NOTICE OF SETTLEMENT

Pursuant to LCR 11, Plaintiff Whitney Poole ("Ms. Poole") and Defendant Benjamin Moore & Co., Inc. ("Benjamin Moore") hereby advise the Court that a settlement has been reached between Ms. Poole and Benjamin Moore.

Counsel for the parties are currently drafting settlement documents. As soon as such documents are executed and the settlement is otherwise finalized, Ms. Poole and Benjamin Moore will file a stipulated notice of voluntary dismissal. The parties respectfully request that 60 days be allowed for them to do so, and that all case schedule deadlines be vacated.

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 25th day of September, 2018.

**GORDON TILDEN THOMAS & CORDELL** LLP
Attorneys for Plaintiff Whitney Poole

By   *s/ Brendan Winslow-Nason*
    Jeffrey M. Thomas, WSBA #21175
    Mark Wilner, WSBA #31550
    Brendan Winslow-Nason, WSBA #39328
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    jthomas@gordontilden.com
    mwilner@gordontilden.com
    bwinslow-nason@gordontilden.com

**KOZONIS LAW**
Attorneys for Plaintiff Whitney Poole

By   *s/ Gary Klinger*
    Gary Klinger*
    4849 N. Milwaukee Ave., #300
    Chicago, IL 60630
    773.545.9607
    gklinger@kozonislaw.com
    *Admitted Pro Hac Vice

**WASKOWSKI JOHNSON YAHALEM LLP**
Attorneys for Plaintiff Whitney Poole

By   *s/ Daniel R. Johnson*
    Daniel R. Johnson*
    Waskowski Johnson Yahalem LLP
    954 W. Washington Blvd., Suite 322
    Chicago, IL 60607
    312.278.3153
    djohnson@wjylegal.com
    *Admitted Pro Hac Vice

NOTICE OF SETTLEMENT - 2
No. 3:18-cv-05168-RBL

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

**GORDON THOMAS HONEYWELL LLP**
Attorneys for Defendant

By    s/ *Michael E. Ricketts*
      Diane J. Kero, WSBA No. 11874
      Michael E. Ricketts, WSBA 9387
      600 University Street, Suite 2100
      Seattle, WA 98104-4185
      Telephone: (206) 676-7500
      dkero@gth-law.com
      mricketts@gth-law.com

**GREENBERG TRAURIG LLP**
Attorneys for Defendant

By    s/ *Eric S. Aronson*
      Eric S. Aronson
      Todd L. Schleifstein
      Paige Nestel
      GREENBERG TRAURIG LLP
      500 Campus Drive, Suite 400
      Florham Park, NJ 07932
      Telephone: (973) 360-7900
      AronsonE@gtlaw.com
      SchleifsteinT@gtlaw.com
      NestelP@gtlaw.com

NOTICE OF SETTLEMENT - 3
No. 3:18-cv-05168-RBL

GORDON                600 University Street
TILDEN                Suite 2915
THOMAS                Seattle, WA 98101
CORDELL               206.467.6477

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 25th day of September, 2018, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all parties of record.

DATED this 25th day of September, 2018, at Seattle, Washington.


  *s/ Brendan Winslow-Nason*
Brendan Winslow-Nason, WSBA #39328

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477