The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WHITNEY POOLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MOORE & CO., INC., a New Jersey corporation,<br><br>Defendant. | No. 3:18-cv-05168-RBL<br><br>STIPULATED NOTICE OF DISMISSAL |

Pursuant to Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Whitney Poole and Defendant Benjamin Moore & Co., Inc. hereby stipulate to the dismissal of this action in its entirety, with prejudice.

It Is So Stipulated Through Counsel of Record this 5th day of November, 2018.

STIPULATED NOTICE OF DISMISSAL - 1
No. 3:18-CV-05168-RBL

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007
206.467.6477

**GORDON THOMAS HONEYWELL LLP**
Attorneys for Defendant

By   s/ *Michael E. Ricketts*
    Diane J. Kero, WSBA No. 11874
    Michael E. Ricketts, WSBA 9387
    600 University Street, Suite 2100
    Seattle, WA 98104-4185
    Telephone: (206) 676-7500
    dkero@gth-law.com
    mricketts@gth-law.com


**GREENBERG TRAURIG LLP**
Attorneys for Defendant

By   s/ *Eric S. Aronson*
    Eric S. Aronson
    Todd L. Schleifstein
    Paige Nestel
    GREENBERG TRAURIG LLP
    500 Campus Drive, Suite 400
    Florham Park, NJ 07932
    Telephone: (973) 360-7900
    AronsonE@gtlaw.com
    SchleifsteinT@gtlaw.com
    NestelP@gtlaw.com


**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Whitney Poole

By   s/ *Brendan Winslow-Nason*
    Jeffrey M. Thomas, WSBA #21175
    Mark Wilner, WSBA #31550
    Brendan Winslow-Nason, WSBA #39328
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    jthomas@gordontilden.com
    mwilner@gordontilden.com
    bwinslow-nason@gordontilden.com

STIPULATED NOTICE OF DISMISSAL - 2
No. 3:18-CV-05168-RBL

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

**KOZONIS LAW**
Attorneys for Plaintiff Whitney Poole

By  s/ *Gary Klinger*
 Gary Klinger*
 4849 N. Milwaukee Ave., #300
 Chicago, IL 60630
 773.545.9607
 gklinger@kozonislaw.com
 *Admitted Pro Hac Vice


**WASKOWSKI JOHNSON YAHALEM LLP**
Attorneys for Plaintiff Whitney Poole

By  s/ *Daniel R. Johnson*
 Daniel R. Johnson*
 Waskowski Johnson Yahalem LLP
 954 W. Washington Blvd., Suite 322
 Chicago, IL 60607
 312.278.3153
 djohnson@wjylegal.com
 *Admitted Pro Hac Vice

STIPULATED NOTICE OF DISMISSAL - 3
No. 3:18-CV-05168-RBL

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007
206.467.6477

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED this 5th day of November, 2018, at Seattle, Washington.

        *s/ Brendan Winslow-Nason*
        Brendan Winslow-Nason, WSBA #39328

STIPULATED NOTICE OF DISMISSAL - 4
No. 3:18-CV-05168-RBL

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477