The Honorable Ronald B. Leighton



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WHITNEY POOLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MOORE & CO., INC., a New Jersey corporation,<br><br>Defendant. | No. 3:18-cv-05168-RBL<br><br>STIPULATED NOTICE OF DISMISSAL |

Pursuant to Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Whitney Poole and Defendant Benjamin Moore & Co., Inc. hereby stipulate to the dismissal of this action in its entirety, with prejudice.

It Is So Stipulated Through Counsel of Record this 5th day of November, 2018.

STIPULATED NOTICE OF DISMISSAL - 1
No. 3:18-CV-05168-RBL

GORDON
TILDEN
THOMAS
CORDELL

1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

**GORDON THOMAS HONEYWELL LLP**
Attorneys for Defendant

By   s/ *Michael E. Ricketts*
Diane J. Kero, WSBA No. 11874
Michael E. Ricketts, WSBA 9387
600 University Street, Suite 2100
Seattle, WA 98104-4185
Telephone: (206) 676-7500
dkero@gth-law.com
mricketts@gth-law.com

**GREENBERG TRAURIG LLP**
Attorneys for Defendant

By   s/ *Eric S. Aronson*
Eric S. Aronson
Todd L. Schleifstein
Paige Nestel
GREENBERG TRAURIG LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 360-7900
AronsonE@gtlaw.com
SchleifsteinT@gtlaw.com
NestelP@gtlaw.com

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Whitney Poole

By   s/ *Brendan Winslow-Nason*
Jeffrey M. Thomas, WSBA #21175
Mark Wilner, WSBA #31550
Brendan Winslow-Nason, WSBA #39328
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
jthomas@gordontilden.com
mwilner@gordontilden.com
bwinslow-nason@gordontilden.com

STIPULATED NOTICE OF DISMISSAL - 2
No. 3:18-CV-05168-RBL

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

**KOZONIS LAW**
Attorneys for Plaintiff Whitney Poole

By   s/ *Gary Klinger*
   Gary Klinger*
   4849 N. Milwaukee Ave., #300
   Chicago, IL 60630
   773.545.9607
   gklinger@kozonislaw.com
   *Admitted Pro Hac Vice


**WASKOWSKI JOHNSON YAHALEM LLP**
Attorneys for Plaintiff Whitney Poole

By   s/ *Daniel R. Johnson*
   Daniel R. Johnson*
   Waskowski Johnson Yahalem LLP
   954 W. Washington Blvd., Suite 322
   Chicago, IL 60607
   312.278.3153
   djohnson@wjylegal.com
   *Admitted Pro Hac Vice


IT IS SO ORDERED THIS 28th DAY OF November, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATED NOTICE OF DISMISSAL - 3
No. 3:18-CV-05168-RBL

GORDON TILDEN THOMAS CORDELL
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477